UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
JACOB LANGSAM
Plaintiff,                                    Rule 7.1 Statement

v

COHEN & KRASSNER
UNIFUND CCR PARTNERS
CITIBANK SOUTH DAKOTA, N.A.

Defendants.
_____x

**07 CIV. 7506**

**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Jacob Langsam (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
August 22, 2007                          /s/ _____
                                         Shmuel Klein (SK 7212) Fed Court Only
                                         Law Office of Shmuel Klein, PC
                                         Attorneys for Plaintiff
                                         268 ROUTE 59
                                         Spring Valley, NY  10977
                                         (845) 425-2510

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

9