UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JACOB LANGSAM | : | CIVIL ACTION NO. |
| | : | 7:07CV07506 (KMK) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| COHEN & KRASSNER, ET AL. | : | |
| | : | |
| Defendants. | : | APPEARANCE |

Please enter my appearance on behalf of defendants Citibank South Dakota, N.A., and Unifund CCR Partners, in the above-referenced matter.

Dated at Bridgeport, Connecticut
this 5th day of October 2007.

                                                      DEFENDANTS
                                                      CITIBANK SOUTH DAKOTA, N.A.
                                                      and UNIFUND CCR PARTNERS

By: _____
        Jonathan D. Elliot

        Zeldes, Needle & Cooper
        A Professional Corporation
        1000 Lafayette Boulevard
        Post Office Box 1740
        Bridgeport, CT  06604
        Tel.   (203) 333-9441
        Fax:  (203) 333-1489
        jelliot@znclaw.com

        Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____
Jonathan D. Elliot