# Law Office of Shmuel Klein, PC

## Attorneys and Counselors at Law

**268 West Route 59**
**Spring Valley, NY 10977**
845-425-2510
Federal Court Only
shmuel.klein@verizon.net

**113 Cedarhill Avenue**
**Mahwah, NJ 07430**
201-529-3411
State & Federal Court

**MEMO ENDORSED**

Clerk – ECF
United States District Court
Southern District of New York
300 Quarropas Road
White Plains, NY 10601

October 24, 2007

Re: Jacob Langsam
Case No. 07 CV 7506

Dear Clerk,

Enclosed please find the Complaint for Violation for the above referenced case. When the Complaint was scanned to ECF page number 6 was not included. I believe the Complaint should be rescanned to include the missing page.

Thank You,

Sincerely,

Shmuel Klein/ld.

Enclosure:

*Counsel is free to re-scan the Complaint.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

10/26/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____