UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JACOB LANGSAM | : | CIVIL ACTION NO. |
| | : | 7:07CV07506 (KMK) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| COHEN & KRASSNER, ET AL. | : | |
| | : | CORPORATE DISCLOSURE |
| Defendants. | : | STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, Unifund CCR Partners, states that it is owned by two entities, ZB, LP and Credit Card Receivables Fund, Inc., neither of which is publicly held.

Dated at Bridgeport, Connecticut
this 30th day of October 2007.

          DEFENDANT
          UNIFUND CCR PARTNERS


          By:___/S/_____
              Jonathan D. Elliot

              Zeldes, Needle & Cooper
              A Professional Corporation
              1000 Lafayette Boulevard
              Post Office Box 1740
              Bridgeport, CT  06604
              Tel.   (203) 333-9441
              Fax:  (203) 333-1489
              jelliot@znclaw.com

          Their Attorneys

## CERTIFICATE OF SERVICE

     I hereby certify that on October 30, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                                     /S/  
                                                                   Jonathan D. Elliot