# Law Office of Shmuel Klein, PC

Attorneys and Counselors at Law

| | |
|---|---|
| 268 West Route 59 | 113 Cedarhill Avenue |
| Spring Valley, NY  10977 | Mahwah, NJ 07430 |
| 845-425-2510 | 201-529-3411 |
| fax-845-425-7362 | State & Federal Court |
| Federal Court Only | |
| email: Shmuel.klein@verizon.net | |

November 14,2007

Honorable Judge Karas
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York  10601

Re: Langsam v. Cohen & Krassner        Civil Action No. 07CV7506

Dear Judge Karas,

      We are pleased to inform the Court that the parties have reached a settlement. The parties are in the process of drafting mutually acceptable settlement documents. It is respectfully requested that the matter be adjourned for one month.


 Respectfully,


Shmuel Klein



Cc Jonathen D. Elliot, Esquire
   1000 Lafayette Blvd
    Bridgeport, Connecticut 06601-1740